IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                                     Civ. No. 07-1052 MV/RLP
                                                                       Cr. No. 01-0043 MV

PAMELA L. MEDLEY, a.k.a.
SHELLEY WALLACE and RUTH
GIBBS,

    Defendant/Movant

## ORDER

THIS MATTER comes before the Court on Petitioner's timely-filed objections to the Magistrate Judge's Report and Recommendation, and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                          _____
                                                                          Martha Vázquez
                                                                          Chief United States District Judge